# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

JAWAID IQBAL, ET AL.

v.

MICHAEL CHERTOFF, ET AL.

SEE ATTACHMENT

SUMMONS IN A CIVIL CASE

CASE NUMBER: **C 07 3814 WHA**

TO: (Name and address of defendant)

*above defendants*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd Gallinger
GILL & GALLINGER LLP
Two Park Plaza, Suite 760
Irvine, CA 92614

(949) 862-0010

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

ANNA SPRINKLES

DATE  JUL 25 2007

Jawaid Iqbal, an individual; Farah Ahmed, an individual; Saleem Muhammad, an individual; Asir Sikdar, an individual; Khalil Amiri, an individual; Muhammad Ali, an individual,

       Plaintiffs,

vs.

Michael Chertoff, as Secretary of the Department of Homeland Security; Emilio Gonzalez, as Director of U.S. Citizenship and Immigration Services; David Still, as Field Director of the San Francisco District of U.S. Citizenship and Immigration Services; Robert S. Mueller, as Director of Federal Bureau of Investigation;
Alberto Gonzales, as Attorney General Department of Justice

       Defendants.

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1] — DATE 8/1/07

Name of SERVER: Scott Alexander

TITLE: Law Clerk

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Pursuant to FRCP 4(I)(2), copy of Complaint and Summons was mailed to: Civil Process Clerk, Attorney General & General Counsel of DHS, all by Certified mail. See Attached

## STATEMENT OF SERVICE FEES

TRAVEL      SERVICES      TOTAL 0

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/29/07
Date

Signature of Server: Scott Alexander

Address of Server: 2 Park Plaza Suite 760, Irvine, CA 92614

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): AUG
C. Date of Delivery: 3 2007
D. Is delivery address different from item 1? ☐ Yes  ☐ No

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

1. Article Addressed to:

Office of the General Counsel
U.S. Dept. of Homeland Security
Washington, DC 20528

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 0207 4726

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## Receipt 2

*Iqbal, et al.*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: 8/01/07 (?)
D. Is delivery address different from item 1? ☐ Yes  ☐ No

1. Article Addressed to:

Civil Process Clerk
450 Golden Gate Ave
P.O. Box 3655
San Francisco, CA 94102

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 0207 4788

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## Receipt 3

*Iqbal, et al.*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): AUG 0 2 2007
C. Date of Delivery: 2007
D. Is delivery address different from item 1? ☐ Yes  ☐ No

1. Article Addressed to:

Attorney General Alberto Gonzales
950 Pennsylvania Ave, NW
Washington, DC 20530

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 0207 4733

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540