| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 12 | JAWAID IQBAL, an individual;<br>(A#075-701-430) | ) )  | No. C 07-3814 WHA |
| 13 | FARAH AHMED, an individual;<br>(A#075-742-808) | ) ) | |
| 14 | SALEEM MUHAMMAD, an individual;<br>(A#047-931-687) | ) ) | |
| 15 | ASIR SIKDAR, an individual;<br>(A#075-727-932) | ) ) | **STIPULATION TO DISMISS AND**<br>**[PROPOSED] ORDER** |
| 16 | KHALIL AMIRI, an individual;<br>(A#046-769-870) | ) ) | |
| 17 | MUHAMMAD ALI, an individual;<br>(A#047-704-922) | ) ) | |
| 18 | | ) | |
| 19 | Plaintiffs, | ) ) | |
| 20 | v. | ) ) | |
| 21 | MICHAEL CHERTOFF, as Secretary of the<br>Department of Homeland Security; | ) ) | |
| 22 | EMILIO GONZALEZ, as Director of U.S.<br>Citizenship and Immigration Services; | ) ) | |
| 23 | DAVID STILL, as Field Director of the<br>San Francisco District of U.S. Citizenship and<br>Immigration Services; | ) ) ) | |
| 24 | ROBERT S. MUELLER, as Director of<br>Federal Bureau of Investigation; | ) ) | |
| 25 | ALBERTO GONZALES, as Attorney General<br>Department of Justice, | ) ) | |
| 26 | | ) | |
| 27 | Defendants. | ) ) | |
| 28 | | | |

Notice of Motion and Motion to Sever
C07-3814 WHA                                          1

1  Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiffs' applications for naturalization and agrees to adjudicate such applications within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Date: September 18, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: September 18, 2007

/s/
TODD GALLINGER
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

WILLIAM ALSUP
United States District Judge

Notice of Motion and Motion to Sever
C07-3814 WHA                                    2