| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JAWAID IQBAL, an individual;<br>(A#075-701-430)<br>FARAH AHMED, an individual;<br>(A#075-742-808)<br>SALEEM MUHAMMAD, an individual;<br>(A#047-931-687)<br>ASIR SIKDAR, an individual;<br>(A#075-727-932)<br>KHALIL AMIRI, an individual;<br>(A#046-769-870)<br>MUHAMMAD ALI, an individual;<br>(A#047-704-922)<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>MICHAEL CHERTOFF, as Secretary of the<br>Department of Homeland Security;<br>EMILIO GONZALEZ, as Director of U.S.<br>Citizenship and Immigration Services;<br>DAVID STILL, as Field Director of the<br>San Francisco District of U.S. Citizenship and<br>Immigration Services;<br>ROBERT S. MUELLER, as Director of<br>Federal Bureau of Investigation;<br>ALBERTO GONZALES, as Attorney General<br>Department of Justice,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 07-3814 WHA<br><br>**STIPULATION TO DISMISS AND**<br>~~[PROPOSED]~~ **ORDER** |

Notice of Motion and Motion to Sever
C07-3814 WHA                                     1

1  Plaintiffs, by and through their attorney of record, and Defendants, by and through their
2  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-
3  entitled action without prejudice in light of the fact that the United States Citizenship and
4  Immigration Services is now prepared to adjudicate plaintiffs' applications for naturalization and
5  agrees to adjudicate such applications within 30 days of the dismissal of this action.
6  Each of the parties shall bear their own costs and fees.

8  Date: September 18, 2007                    Respectfully submitted,

9                                              SCOTT N. SCHOOLS
                                                United States Attorney

11                                              _____/s/_____
                                                EDWARD A. OLSEN
12                                              Assistant United States Attorney
                                                Attorneys for Defendants

15  Date: September 18, 2007                   _____/s/_____
                                                TODD GALLINGER
                                                Attorney for Plaintiffs

17                          **ORDER**

18  Pursuant to stipulation, IT IS SO ORDERED.

19  Date: September 19, 2007.               _____
20                                          WILLIAM ALSUP
                                            United States District Judge

[Seal: IT IS SO ORDERED / Judge William Alsup / United States District Court Northern District of California]

Notice of Motion and Motion to Sever
C07-3814 WHA                              2