# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

JAWAID IQBAL, ET AL.

v.

MICHAEL CHERTOFF, ET AL.

SEE ATTACHMENT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **C 07 3814 WHA**

TO: (Name and address of defendant)

*above defendants*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd Gallinger
GILL & GALLINGER LLP
Two Park Plaza, Suite 760
Irvine, CA 92614

(949) 862-0010

an answer to the complaint which is herewith served upon you, within *60* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
ANNA SPRINKLES

DATE JUL 2 5 2007

AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

DATE 8/1/07

Service of the Summons and Complaint was made by me [1]

Name of SERVER: Scott Alexander
TITLE: Law Clerk

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Pursuant to FRCP 4(1)(2), copy of Complaint and Summons was mailed to: Civil Process Clerk, Attorney General & General Counsel of DHS, all by Certified mail See Attached

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/27/07
Date

Signature of Server

2 Park Plaza Suite, 760, Irvine, CA 92614
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Jawaid Iqbal, an individual; Farah Ahmed, an individual; Saleem Muhammad, an individual; Asir Sikdar, an individual; Khalil Amiri, an individual; Muhammad Ali, an individual,

   Plaintiffs,

vs.

Michael Chertoff, as Secretary of the Department of Homeland Security; Emilio Gonzalez, as Director of U.S. Citizenship and Immigration Services; David Still, as Field Director of the San Francisco District of U.S. Citizenship and Immigration Services; Robert S. Mueller, as Director of Federal Bureau of Investigation;
Alberto Gonzales, as Attorney General Department of Justice

   Defendants.